*E-FILED*
**June 9, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>DONGBU INSURANCE COMPANY LTD,<br><br>            Defendant.<br>_____/ | No. C 05-00167 RS<br><br><br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for June 29, 2005 at 2:30 p.m. is continued to **July 27, 2005 at 2:30 p.m.** Defendant shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than July 20, 2005**.

Counsel for Plaintiff shall serve a copy of this Order on Defendant.

IT IS SO ORDERED.

Dated: June 9, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Robert P. Sallander, Jr., Esq.
Email: rsallander@gpsllp.com

Dated: June 9, 2005

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/BAK

2