| | |
|---|---|
| 1 | ROBERT J. ROMERO (SBN 136539) |
|   | ANNE D. O'NIELL (SBN 120948) |
| 2 | HINSHAW & CULBERTSON LLP |
|   | One California Street, 18th Floor |
| 3 | San Francisco, CA 94111 |
|   | Telephone:     (415) 362-6000 |
| 4 | Facsimile:      (415) 834-9070 |
| 5 | Attorneys for Plaintiffs |
|   | Northern Insurance Company of New York |
| 6 | and Maryland Casualty Company |
| 7 | MICHAEL W. JONES (SBN 136872) |
|   | GREGORY T. FAYARD (SBN 212930) |
| 8 | HANSEN, CULHANE, KOHLS, |
|   | JONES & SOMMER, LLP |
| 9 | 3001 Lava Ridge Court, Suite 120 |
|   | Roseville, CA 95661 |
| 10 | Telephone: (916) 781-2550 |
|   | Facsimile: (916) 781-5339 |
| 11 | |
| 12 | Attorney for Defendant |
|   | Dongbu Insurance Co. Ltd. |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

*E-FILED - 6/22/06*

SAN JOSE

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND MARILYN CASUALTY COMPANY, | ) ) ) | Case No. C-05-00167-RMW ORDER GRANTING **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE UNTIL JULY 21, 2006** (JG) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Date:            June 23, 2006 Time:           10:00 a.m. |
| DONGBU INSURANCE COMPANY, LTD., | ) ) | Department:  Courtroom Hon. Ronald M. Whyte |
| Defendant. | ) | Complaint Filed:     January 11, 2005 |

The parties to the above-entitled action jointly submit this Request for Continuance of Case Management Conference until July 21, 2006. Since the last Case Management Conference, defendant, Dongbu Insurance Company, Ltd., has fully complied with the discovery requests propounded by the plaintiffs, Northern Insurance Company of New York and Maryland Casualty Company.

1

|  |  |
|---|---|
| 1 | The parties have reached an agreement to enter into a Tolling Agreement and to submit a Stipulation For Voluntary Dismissal Without Prejudice of the captioned action. They are in the process of negotiating the terms of the Tolling Agreement and exchanging draft wordings for client approval. Counsel for the parties anticipate that the parties will have completed these negotiations and finalized these documents prior to July 21, 2006, the earliest Friday on which counsel for the parties will both be available to attend a Case Management Conference, should one be necessary. |

Dated: June 19, 2006          HINSHAW & CULBERTSON

By: *Anne O'Niell* (signature)
ANNE D. O'NIELL
Attorneys for Plaintiffs
Northern Insurance Company of New York
and Maryland Casualty Company

Dated: June 19, 2006          HANSEN, CULHANE, KOHLS, JONES & SOMMER LLP

By:  /s/ Gregory T. Fayard
GREGORY T. FAYARD
Hansen, Culhane, Kohls, Jones & Sommer LLP
Attorneys for Defendant
Dongbu Insurance Company, Ltd.

IT IS SO ORDERED.

Pursuant to the above joint request, the Case Management Conference currently scheduled for June 23, 2006, is continued to July 21, 2006, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  6/22    , 2006          /s/ Ronald M. Whyte

UNITED STATES DISTRICT COURT JUDGE

2943678v1854482