1  DANIEL V. KOHLS, ESQ. (SB NO. 167987)
   MICHAEL W. JONES, ESQ. (SB NO. 136872)
2  GREGORY T. FAYARD, ESQ. (SB NO. 212930)
   HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
3  3001 LAVA RIDGE COURT, SUITE 120
   ROSEVILLE, CA 95661
4  TELEPHONE: (916) 781-2550

5  Attorneys for Defendant
   DONGBU INSURANCE COMPANY, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

*E-FILED - 7/6/06*

| NORTHERN INSURANCE COMPANY OF NEW YORK and MARYLAND CASUALTY INSURANCE COMPANY, | Case No. C05 00167 RMW |
|---|---|
| Plaintiffs, | STIPULATION RE: DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES |
| vs. | |
| DONGBU INSURANCE COMPANY, LTD., | AND ORDER |
| Defendant. | [L.R. 7-12] |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Defendant DONGBU INSURANCE COMPANY, LTD. and Plaintiffs NORTHERN INSURANCE COMPANY OF NEW YORK and MARYLAND CASUALTY INSURANCE COMPANY, that in response to plaintiffs' March 31, 2006, request for production of documents and interrogatories, in which plaintiffs seek a copy of the confidential settlement agreement (and settlement check), and information related thereto, entered into by Hong Jin Crown Corp./Hong Jin Crown America and Tammy and Gregory Glenn, in Santa Clara Superior Court Action No. 1-02-CV 804969, that Defendant DONGBU will provide a copy of the settlement agreement and cancelled settlement check, and information related thereto, to plaintiffs and plaintiffs' counsel on the condition that counsel for plaintiffs and plaintiffs shall not reveal the settlement

1  agreement, or contents or related information thereof, or the settlement check, or its amount, to
2  anyone, including plaintiffs' insureds and Helmet House, Inc.
3  　　This stipulation shall not impact the parties' rights to seek to limit or permit disclosure of
4  the Hong Jin/Glenn settlement information, described above. If the matter described in this
5  stipulation is presented to the court for a determination as to its disclosure to anyone other than
6  plaintiffs and plaintiffs' counsel, any disclosure of the Hong Jin/Glenn settlement information, if
7  at all, shall be limited to this case only.
8  　　In the event plaintiffs and/or plaintiffs' counsel violates this stipulation prior to the court
9  ruling on the scope of disclosure of the Hong Jin/Glenn settlement information, plaintiffs and
10 plaintiffs' counsel will be subject to sanctions and/or contempt in an amount and type to be
11 decided by the court.

12 Date: June 7, 2006　　　　　　　　HANSEN CULHANE KOHLS JONES &
　　　　　　　　　　　　　　　　　　　SOMMER

14
15 　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　GREGORY T. FAYARD
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
16 　　　　　　　　　　　　　　　　　　DONGBU INSURANCE COMPANY, LTD.

17
18 Date: June 7, 2006　　　　　　　　HINSHAW & CULBERTSON

19
20 　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　ANNE D. O'NIELL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
21 　　　　　　　　　　　　　　　　　　NORTHERN INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　　NEW YORK and MARYLAND CASUALTY
22 　　　　　　　　　　　　　　　　　　INSURANCE COMPANY

23
24 　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.
25
26 Date: 7/6/06　　　　　　　　　　　/S/ RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
27
28

-2-
135019　　Stipulation Re: Defendant's Responses to RFPD and Interrogatories