1  DANIEL V. KOHLS, ESQ. (SB NO. 167987)
   MICHAEL W. JONES, ESQ.  (SB NO. 136872)
2  GREGORY T. FAYARD, ESQ. (SB NO. 212930)
   HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
3  3001 LAVA RIDGE COURT, SUITE 120
   ROSEVILLE, CA 95661
4  TELEPHONE: (916) 781-2550

5  Attorneys for Defendant
   DONGBU INSURANCE COMPANY, LTD.
6
   ROBERT J. ROMERO (SB NO. 136539)
7  ANNE D. O'NIELL (SB NO. 120948)
   HINSHAW & CULBERTSON LLP
8  ONE CALIFORNIA STREET, 18TH FLOOR
   SAN FRANCISCO, CA 94111
9  TELEPHONE: (415) 362-6000

10 Attorneys for Plaintiffs
   NORTHERN INSURANCE COMPANY OF NEW YORK
11 and MARYLAND CASUALTY COMPANY

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14               (SAN JOSE DIVISION)
                                        *E-FILED - 7/20/06*
15

16 NORTHERN INSURANCE COMPANY OF       Case No.   C-05-00167-RMW
   NEW YORK and MARYLAND CASUALTY
17 INSURANCE COMPANY,                  **JOINT REQUEST FOR CONTINUANCE
                                       OF CASE MANAGEMENT
18           Plaintiffs,               CONFERENCE** ~~UNTIL AUGUST 11, 2006~~
                                       ~~OR EARLIEST AVAILABLE FRIDAY~~
19 vs.                                 ~~THEREAFTER;~~   **AND
                                       [PROPOSED] ORDER**
20
21 DONGBU INSURANCE COMPANY, LTD.,     Date:  July 21, 2006
                                       Time:  10:00 a.m.
22           Defendant.                Dept.:  Courtroom of Ronald M. White
   _____/  Complaint Filed: January 11, 2005
23

24        The parties to the above-entitled action jointly submit this Request for Continuance of

25 Case Management Conference to August 11, 2006.  Since the last Case Management Conference,

26 defendant, Dongbu Insurance Company, Ltd., has fully complied with the discovery requests

27 propounded by the plaintiffs, Northern Insurance Company of New York and Maryland Casualty

28 Company.

1      Now, the parties have reached an agreement to enter into a Tolling Agreement and to

2 submit a Stipulation for Voluntary Dismissal Without Prejudice of this case. The parties have

3 exchanged as many as four different drafts of the Tolling Agreement, and just recently agreed to

4 a final draft. Vacation schedules have also delayed the expeditious exchange of draft Tolling

5 Agreement. Both parties are seeking to obtain the needed signatures of the Tolling Agreement,

6 and may not be able to acquire the signatures and file the voluntary dismissal without prejudice

7 prior to the July 21, 2006, Case Management Conference. Accordingly, the parties respectfully

8 request that the July 21, 2006, Case Management Conference be continued to the earliest Friday

9 on which counsel and the Court are available to attend a Case Management Conference, should

10 one be necessary. The earliest Friday the parties are available to attend a Case Management

11 Conference is August 11, 2006.

12 Date: July 14, 2006         HANSEN CULHANE KOHLS JONES & SOMMER

14 By: GREGORY T. FAYARD

15 Attorneys for Defendant

16 DONGBU INSURANCE COMPANY, LTD.

17 Date: July 14, 2006         HINSHAW & CULBERTSON

19 By: ANNE D. O'NIELL

20 Attorneys for Plaintiffs

21 NORTHERN INSURANCE COMPANY OF NEW YORK and MARYLAND CASUALTY INSURANCE COMPANY

| | |
|---|---|
| 1 | ORDER |
| 2 | Pursuant to the above joint request, the Case Management Conference currently |
| 3 | scheduled for July 21, 2006, is continued to ~~XXXXXKNXXNKXXXXXX~~. |
| | August 18, 2006 @ 10:30 a.m.   (rmw) |
| 4 | IT IS SO ORDERED. |
| 5 | Date: ____7/20_____, 2006 |
| 6 | /s/ Ronald M. Whyte |
| | UNITED STATES DISTRICT COURT JUDGE |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[135815]                 JOINT REQUEST FOR CONT. OF CMC UNTIL 8/11/06