| | |
|---|---|
| 1 | ROBERT J. ROMERO (SBN 136539) |
|   | ANNE D. O'NIELL (SBN 120948) |
| 2 | HINSHAW & CULBERTSON LLP |
|   | One California Street, 18th Floor |
| 3 | San Francisco, CA 94111 |
|   | Telephone:   (415) 362-6000 |
| 4 | Facsimile:    (415) 834-9070 |
| 5 | Attorneys for Plaintiffs |
|   | Northern Insurance Company of New York |
| 6 | and Maryland Casualty Company |
| 7 | Michael Jones |
|   | Hansen, Culhane, Kohls, Jones & Sommer LLP |
| 8 | 3001 Lava Ridge Court, #120 |
|   | Roseville, CA 95661 |
| 9 | Phone: (916) 781-2550 |
|   | Fax: (916) 781-5339 |
| 10 | |
| 11 | Attorneys for Defendant |
|    | Dongbu Insurance Co. Ltd. |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE

*E-FILED - 8/16/06*

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND MARILYN CASUALTY COMPANY, | ) ) ) | Case No. C-05-00167-RMW |
| | ) ) | STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | FRCP 41 (a)(1)(ii) |
| DONGBU INSURANCE COMPANY, LTD., | ) ) | Complaint Filed:   January 11, 2005 |
| Defendant. | ) ) ) | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiffs, Northern Insurance Company of New York ("Northern") and Maryland Casualty Company ("Maryland"), and defendant Dongbu Insurance Company, Ltd. ("Dongbu"), through their designated counsel, that the above-captioned complaint by Northern and Maryland against Dongbu shall be and is voluntarily dismissed by the

plaintiffs respectively, without prejudice to their rights, pursuant to FRCP 41 (a)(1)(ii). This stipulation is made pursuant to the terms and conditions of the parties' separate Tolling Agreement.

IT IS SO STIPULATED:

Dated: August 15, 2006          HINSHAW & CULBERTSON LLP

                        By:     /s/ Anne O'Niell
                                Robert J. Romero
                                Anne D. O'Niell
                                Attorneys for Defendants
                                Northern Insurance Company of New York
                                and Maryland Casualty Company

Dated: August ___, 2006          HANSEN, CULHANE, KOHLS, JONES & SOMMER LLP

                        By:     _____
                                Michael Jones
                                Gregory Fayard
                                Attorneys for Defendant
                                Dongbu Insurance Co. Ltd.

### ORDER

The foregoing Stipulation For Voluntary Dismissal Of Complaint Without Prejudice is hereby adopted by the Court, according to the terms stated therein.

Dated: 8/16/06                   /S/ RONALD M. WHYTE
                                 RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

plaintiffs respectively, without prejudice to the rights pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). This stipulation is made pursuant to the parties' separate Tolling Agreement.

IT IS SO STIPULATED:

Dated: August ___, 2006          HINSHAW & CULBERTSON LLP

By: _____
ROBERT J. ROMERO
ANNE D. O'NIELL
Attorneys for Plaintiffs
NORTHERN INSURANCE COMPANY OF NEW YORK
and MARYLAND CASUALTY COMPANY

Dated: August 15, 2006           HANSEN, CULHANE, KOHLS, JONES & SOMMER LLP

By: /s/ Gregory T. Fayard
MICHAEL W. JONES
GREGORY T. FAYARD
Attorney for Defendants
DONGBU INSURANCE CO. LTD.

2944792v1 854482

---

2

Stipulation for Voluntary Dismissal
Northern v. Dongbu, Case No. C-05-00162-RMW