```
 1  Robert J. Romero
    Anne D. O'Niell
 2  Hinshaw & Culbertson LLP
    One California Street, 18th Floor
 3  San Francisco, CA 94111
    Telephone:   (415) 362-6000
 4  Facsimile:   (415) 834-9070
    rromero@hinshawlaw.com
 5  aoniell@hinshawlaw.com

 6  Attorneys for Plaintiffs
    Northern Insurance Company of New York
 7  and Maryland Casualty Company                    *E-FILED - 6/23/11*

 8  Michael W. Jones
    Gregory T. Fayard
 9  Hansen, Kohls, Jones, Sommer & Jacob LLP
    1520 Eureka Road, Suite #120
10  Roseville, CA 95661
    Phone: (916) 781-2550
11  Fax: (916) 781-5339
    mjones@hansenkohls.com
12  gfayard@hansenkohls.com

13  Attorneys for Defendant
    Dongbu Insurance Co. Ltd.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND MARYLAND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DONGBU INSURANCE COMPANY, LTD.,<br><br>Defendant. | Case No. C-05-00167-RMW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE AND** xxxxxxxxxxx **ORDER**<br><br>FRCP 41 (a)(1)<br><br>Complaint Filed:  January 11, 2005<br>Complaint Dismissed<br>Without Prejudice  August 15, 2006 |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

The above-captioned complaint by Northern Insurance Company of New York ("Northern") and Maryland Casualty Company ("Maryland") against defendant Dongbu Insurance Company, Ltd. was dismissed without prejudice on August 15, 2006, pursuant to the parties' stipulated request.

1

1  IT IS HEREBY STIPULATED by and between these parties, through their designated
2  counsel, that the captioned action shall be and is voluntarily dismissed by each of the plaintiffs with
3  prejudice to their respective rights against the defendant, pursuant to FRCP 41 (a)(1).
4  IT IS SO STIPULATED:
5
6  Dated: June 20, 2011         HINSHAW & CULBERTSON LLP
7
          By: _Anne O'Niell_____
8              Anne D. O'Niell
              Attorneys for Defendants
9              Northern Insurance Company of New York
              and Maryland Casualty Company
10
11
   Dated: June 17, 2011         HANSEN, KOHLS, JONES, SOMMER & JACOB LLP
12
13        By: __/s/ Gregory T. Fayard_____
14             Gregory T. Fayard
              Attorneys for Defendant
15             Dongbu Insurance Co. Ltd.
16
                              **ORDER**
17
18  The foregoing Stipulation For Voluntary Dismissal Of Complaint With Prejudice is hereby
19  adopted by the Court, according to the terms stated therein.
20
21  Dated: 6/23/11        _Ronald M. Whyte_____
                          RONALD M. WHYTE
22                        UNITED STATES DISTRICT JUDGE